### 30710. HILL *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of robbery. The evidence amply authorized the verdict; and the sole special assignment of error in the motion for new trial is without merit.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED FEBRUARY 6, 1945.

*James R. Venable, Frank A. Bowers,* for plaintiff in error.

*John A. Boykin, E. E. Andrews,* solicitors-general, *Durwood T. Pye,* contra.